## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, | STIPULATION OF DISCONTINUANCE WITH PREJUDICE |
| Plaintiff, | |
| -against- | |
| CORONA DONUTS AND GAS LLC, RN 9401 REALTY LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | CASE NO.: 19-cv-7291-AMD-RER |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, Semyon Grinblat, and the attorneys for Defendants, Corona Donuts and Gas LLC and RN 9401 Realty LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. The federal court for the Eastern District of New York will retain jurisdiction and be the proper venue regarding any dispute regarding the settlement agreement between the parties. This stipulation may be signed in counterparts.

1

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: August 4, 2020

Michael Grinblat, Esq. (4159752)

*Attorney for Plaintiff*
Semyon Grinblat

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: August 4, 2020

Jacqueline DiCrescio, Esq.

*Attorneys for Defendant*
RN-9401 REALTY LLC

DiCrescio Law P.C.
462 Sagamore Avenue
East Williston, NY 11596
Tel:  (516) 253-1856
Fax: (516) 253-1350
Email: jackie@dicresciolawpc.com

Signed: August 4, 2020

Lisia Leon, Esq.

*Attorneys for Defendant*
CORONA DONUTS AND GAS LLC

Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, NY 10020
Telephone:    (212) 785-9100
Fax:          (212) 785-9099
Email:        lll@pwlawyers.com

**SO ORDERED:**

_____
Ann M. Donnelly,
U.S. District Court Judge

2